# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Donald, Bernice B. | 2. Court or Organization  Court of Appeals, Sixth | 3. Date of Report  08/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Court of Appeals, Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, #1132
Clifford Davis/Odell Horton Federal Building
Memphis, TN 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Chair, Center for Human Rights | American Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hillsborough County Bar Association | January 10-11, 2017 | Tampa, FL | Speakeer | Transportation, meals, and lodging |
| 2. | ABA Section of Litigation | January 12-14, 2017 | Bermuda, Bermuda | Program Participant | Transportation, meals, and lodging |
| 3. | ABA | February 2-8, 2017 | Miami, FL | Program Participant | Transportation, meals, and lodging |
| 4. | ABA Employment Rights & Responsibilities | March 21-25, 2017 | Puerto Villarta, Mexico | Speakeer | Transportation, meals, and lodging |
| 5. | ABA Section of International Law | April 25-29, 2017 | Washington, DC | Speakeer | Transportation, meals, and lodging |
| 6. | ABA Section of Litigation | May 2-3, 2017 | San Francisco, CA | Speakeer | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

| | | | | |
|---|---|---|---|---|
| 7. | Kansas City Metropolitan Bar Association | May 17-18, 2017 | Kansas City, MO | Speakeer | Transportation, meals, and lodging |
| 8. | National Employment Lawyers Association | June 21-22, 2017 | San Antonio, TX | Speakeer | Transportation, meals, and lodging |
| 9. | International Association of Defense Counsel | July 11-13, 2017 | Quebec City, Canada | Speakeer | Transportation, meals, and lodging |
| 10. | ABA Section of Litigation | October 5-7, 2017 | Montreal, Canada | Speakeer | Transportation, meals, and lodging |
| 11. | ABA Center for Human Rights | October 19-20, 2017 | Washington, DC | Program Chair | Transportation, meals, and lodging |
| 12. | ABA/Harvard Law | November 7-8, 2017 | Cambridge, MA | Program Participant | Transportation, meals, and lodging |
| 13. | ABA Labor & Employment Law | November 8-11, 2017 | Washington, DC | Speaker | Transportation, meals, and lodging |
| 14. | ABA Center for Human Rights | November 28-December 1, 2017 | Geneva, Switzerland | Program Participant | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. AAM Bahl & Graynor Inc. GWC (AFYCX) | A | Dividend | K | T | | | | | |
| 3. Allianzgi Income & Growth C (AZNCX) | A | Dividend | J | T | | | | | |
| 4. American Balanced C (BALCX) (X) | A | Dividend | J | T | | | | | |
| 5. American Mutual C (AMCFX) (X) | A | Dividend | J | T | | | | | |
| 6. Blackrock Hi Yield Bd PTF C (BHYCX) (X) | A | Dividend | J | T | | | | | |
| 7. American Global Growth C (Y) | | | | | | | | | |
| 8. Highland Healthcare C (Y) | | | | | | | | | |
| 9. Highland Healthcare (Y) | | | | | | | | | |
| 10. Pioneer Mlti Ast. Ult Shr Inc | | None | | | Sold | 03/02/17 | J | A | |
| 11. PIMCO Foreign BD US Opps | | None | | | Sold | 03/02/17 | J | | |
| 12. Amer Cent Intl GRWINV | | None | | | Sold | 03/02/17 | J | | |
| 13. LORD ABBETT SHT DURATION INC F | A | Dividend | | | Sold | 03/02/17 | J | | |
| 14. BLACKROCK TOTAL RET I | A | Dividend | | | Sold (part) | 01/13/17 | J | | |
| 15. | | | | | Sold | 03/02/17 | K | | |
| 16. BROKERAGE #1 (H) | | | | | | | | | |
| 17. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia (formerly EGShares) Emerging Mkts Cons (ECON) | A | Dividend | J | T | | | | | |
| 19. Ishares S&P 500 Val ETF (IVE) | A | Dividend | J | T | | | | | |
| 20. AB SMALL CAP GRW ADV (QUAYX) | | None | J | T | | | | | |
| 21. Allanzgi NFG J Div Value (ADJPX) | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 22. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 23. American AMCAP (AMCFX) | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 24. AMERICAN GW FD OF AMERICA F2 (GFFFX) | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 25. American WA Mutual (WMFFX) | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 26. ARIEL FUND (ARGFX) | A | Dividend | J | T | | | | | |
| 27. Blackrock US Opps | A | Dividend | | | Sold | 06/05/17 | J | A | |
| 28. Brown Adv Sm Cp FNDMNTL (BIAUX) | A | Dividend | J | T | | | | | |
| 29. Cohen & Steers Pref Sec&Inc I (CPXIX) | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 30. Domini Int'l Social Equity Fund (DOMIX) | A | Dividend | J | T | | | | | |
| 31. First Trust Preferred Sec & Inc I (FPEIX) | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 32. Guggenheim Tot Ret Bd I (GIBIX) | A | Dividend | K | T | Buy | 03/02/17 | K | | |
| 33. Hartford Midcap I (HFMIX) | | None | J | T | Buy | 06/05/17 | J | | |
| 34. John Hancock Shr Dur Cr Opp (JMBIX) | A | Dividend | J | T | Sold (part) | 03/02/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LORD ABBETT INCOME F (LAUFX) | A | Dividend | K | T | Buy (add'l) | 03/02/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 37. BROKERAGE #2 (H) | | | | | | | | | |
| 38. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 39. Pioneer Cash Reserves (cash) (Y) | | | | | | | | | |
| 40. British American Tobacco (BTI) (formerly Reynolds American Inc.) | C | Dividend | K | T | | | | | |
| 41. Facebook (FB) | | None | L | T | | | | | |
| 42. First Horizon (FHN) | A | Dividend | J | T | | | | | |
| 43. Ford Motor Co (F) | A | Dividend | J | T | | | | | |
| 44. Proctor & Gamble (PG) | A | Distribution | K | T | | | | | |
| 45. LINCOLN LNL-CHOICEPLUS ASSURANCE SERIES VARIABLE ANNUITY (H) | | | | | | | | | |
| 46. LVIP Blackrock Dividend Value | | None | L | T | | | | | |
| 47. LVIP Dimensional US Equity MNGD | | None | L | T | | | | | |
| 48. LVIP PIMCO Low Duration Bond | | None | J | T | | | | | |
| 49. LVIP Multi-Manager Global Equity | | None | J | T | | | | | |
| 50. LVIP JPM Select MID CAP Value MNGD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  LVIP Delaware VIP Diversified Income | | None | K | T | | | | | |
| 52.  MISC. HOLDINGS (H) | | | | | | | | | |
| 53.  TWITTER | | None | J | T | Buy | 05/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2017, assets were reorganized by account for ease of reporting. As a result, Morgan Stanley (cash) is now listed in more than one location. This is not indicative of reportable transactions.

Part VII, line 51: Name update; see 2016, line 3.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bernice B. Donald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544